STATE OF NEW JERSEY v. ERNEST CANNON.

February 27, 1987.

Cross-petition for certification denied.

BERNICE SURGICK, ETC. v. FIREMAN'S FUND
INSURANCE COMPANY.

February 27, 1987.

Petition for certification denied.

DANIEL JANSEN v. FOOD CIRCUS SUPERMARKETS, INC.

February 27, 1987.

Petition for certification granted.    (See 214 *N.J.Super.* 51)